PER CURIAM.

(No. 73-CC-264█

J. COLE MORTON, Member of Regional Board of Trustees, Vermilion County, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed June 20, 1973.*

J. COLE MORTON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-265█

DWIGHT B. LEIGH, Member of the Regional Board of School Trustees, Vermilion County, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed June 20, 1973.*

DWIGHT B. LEIGH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.